**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

|                                                                 |     |                                 |
| --------------------------------------------------------------- | --- | ------------------------------- |
| DEQUENTIN WEBBER,                                               | )   |                                 |
| on behalf of himself and all others                            | )   |                                 |
| similarly situated,                                             | )   |                                 |
|                                                                 | )   | Case No. 21-cv-251              |
| Plaintiff,                                                      | )   |                                 |
|                                                                 | )   | Hon. John F. Kness              |
| vs.                                                             | )   |                                 |
|                                                                 | )   | Magistrate Hon. Sheila Finnegan |
| COWORX STAFFING SERVICES LLC;                                  | )   |                                 |
| and R. R. DONNELLEY & SONS CO.                                 | )   |                                 |
| Defendant.                                                      | )   |                                 |

## JOINT STATUS REPORT

The parties have reached a settlement and are working on finalizing the agreement. The parties respectfully request the Court strike all upcoming deadlines and status hearings in anticipation of filing a voluntary dismissal once the settlement is consummated.

Respectfully submitted:

/s/ Michael W. Drew
Michael Drew
Neighborhood Legal LLC
20 N. Clark Street #3300
Chicago, IL 60602
312-967-7220
mwd@neighborhood-legal.com
*Attorney for Plaintiff*

/s/ Harry John Secaras
Harry John Secaras
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
155 N. Wacker Drive
Suite 4300
Chicago, IL 60606
312-558-1254
Email: harry.secaras@ogletreedeakins.com
*Attorney for Defendant*